MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ. LTD.
376 E. Warm Springs Road, Ste. 125
Las Vegas, Nevada 89119
(702) 642-3113 / (702) 642-9766 FAX

Attorney for plaintiff, Ferrell Street Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

FERRELL STREET TRUST, et. al.,

    Plaintiff,

vs.

FEDERAL HOME LOAN MORTGAGE
CORPORATION, et. al.,

    Defendant.

2:12-CV-2028- JCM (VCF)

## SUBSTITUTION OF ATTORNEYS

    Plaintiff, Ferrell Street Trust, does hereby consent to the substitution of Michael F. Bohn, Esq., as attorney for plaintiff, Ferrell Street Trust, in the above-entitled matter in the place of Bradley D. Bace, Esq.

    DATED this ____ day of August, 2013.

By: _____
    Iyad Haddad, for Ferrell Street Trust

1  Michael F. Bohn, Esq., does hereby agree to be substituted in the place of Bradley D. Bace, Esq.,
2  as attorney for the plaintiff, Ferrell Street Trust, in the above entitled matter.
3  DATED this _____ day of August, 2013.

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

By: /s/ Michael F. Bohn
Michael F. Bohn, Esq.
376 E. Warm Springs Road, Ste. 1125
Las Vegas, Nevada 89119

Bradley D. Bace, Esq., consents to the substitution of Michael F. Bohn, Esq. as attorney of record for the plaintiff, Ferrell Street Trust.

DATED this 4 day of ~~August~~ November, 2013.

ALESSI & KOENIG, LLC

By: /s/ Bradley D. Bace
Bradley D. Bace, Esq.
9500 W. Flamingo, Ste. 205
Las Vegas, NV 89147

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**
**DATED:** 11-6-2013

2