Abran E. Vigil
Nevada Bar No. 7548
Edward Chang
Nevada Bar No. 11783
Matthew D. Lamb
Nevada Bar No. 12991
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-mail:  vigila@ballardspahr.com
E-mail:  change@ballardspahr.com
E-mail:  lambm@ballardspahr.com

*Attorneys for Federal Home Loan Mortgage Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FERRELL STREET TRUST, a Nevada trust; and ALESSI & KOENIG, LLC, a Nevada limited liability company,<br><br>              Plaintiffs,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a government sponsored entity; PATRICIA E. LEON, an individual; DOE INDIVIDUALS I-X; and ROE CORPORATIONS XI-XX, inclusive;<br><br>              Defendants. | Case No.  2:12-cv-02028-JCM-VCF<br><br>**SUBSTITUTION OF COUNSEL** |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, a government sponsored entity,<br><br>              Counterclaimant,<br><br>vs.<br><br>FERRELL STREET TRUST, a Nevada trust; ALESSI & KOENIG, LLC; a Nevada limited liability company; and PATRICIA E. LEON, an individual; DOE INDIVIDUALS XXI through XXX; and ROE CORPORATIONS XXXI through XL, inclusive, | |

DMWEST #10418543 v2

Counter-defendants.

Defendant/counterclaimant Federal Home Loan Mortgage Corporation ("FHLMC") hereby substitutes BALLARD SPAHR LLP as its counsel in the place of THE COOPER CASTLE LAW FIRM, LLP.

Dated: December ___, 2013.

FEDERAL HOME LOAN MORTGAGE CORPORATION

By: _____

Michael Hendosn, Associate General Counsel
(Print name and title)

The undersigned hereby agrees to the substitution of BALLARD SPAHR LLP in the place of THE COOPER CASTLE LAW FIRM, LLP.

Dated: December 15, 2013.

THE COOPER CASTLE LAW FIRM, LLP

By: _____
Aaron M. Waite, Esq.
Nevada Bar No. 7947
Raya M. Swift, Esq.
Nevada Bar No. 11108
5275 South Durango Drive
Las Vegas, Nevada 89113

[*Remainder of Page Intentionally Left Blank*]

2

DMWEST #10418543 v2

1  The undersigned hereby authorizes and consents to the substitution as counsel
2  of record for FHLMC in the instant action.
3  Dated: December 18, 2013.

BALLARD SPAHR LLP

By: _____
Abran E. Vigil
Nevada Bar No. 7548
Edward Chang
Nevada Bar No. 11783
Matthew D. Lamb
Nevada Bar No. 12991
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 12-18-2013

DMWEST #10418543 v2


# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on December 18, 2013 and pursuant to Fed. R. Civ. P. 5(b), I served the foregoing **Substitution of Counsel** to the following parties via CM/ECF:

Michael F. Bohn, Esq.
LAW OFFICE OF MICHAEL F. BOHN
376 East Warm Springs Road, Ste 1125
Las Vegas, Nevada 89119

*Attorney for Ferrell Street Trust*

Aaron M. Waite, Esq.
Raya M. Swift, Esq.
THE COOPER CASTLE LAW FIRM, LLP
5275 South Durango Drive
Las Vegas, Nevada 89113

*Attorneys for Federal Home Loan Mortgage Corporation*

Huong X. Lam, Esq.
ALESSI & KOENIG, LLC
9500 W. Flamingo, Suite 205
Las Vegas, Nevada 89147

*Attorney for Alessi & Koenig, LLC*

The following parties were served via U.S. Mail, postage prepaid:

Patricia E. Leon
4350 Holden St.
Las Vegas, NV 89145

*Pro Se Defendant*

/s/ Sarah Walton
An employee of BALLARD SPAHR LLP

4

DMWEST #10418543 v2