## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| FERRELL STREET TRUST, et al., | 2:12-CV-2028 JCM (VCF) |
|---|---|
| Plaintiff(s), | |
| v. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, et al., | |
| Defendant(s). | |

**ORDER**

Presently before the court is defendant Federal Home Loan Mortgage Corporation's ("FHLMC") motion to dismiss defendant/counter-defendant Patricia Leon without prejudice. (Doc. # 30). No party has filed an opposition to this motion.

This case centers upon a quiet title action regarding 2794 Murray Hill Lane in Las Vegas, Nevada between plaintiff Ferrell Street Trust and FHLMC. Defendant/counter-defendant Patricia Leon was originally named in this lawsuit as she is a former resident of the property. However, in Ms. Leon's answer to the complaint, she indicated that any interest she held in the property was terminated in a bankruptcy proceeding on September 12, 2011. (Doc. # 16). Therefore, as Ms. Leon has admitted that she holds no interest in the property, the court finds it appropriate to dismiss her from this action.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to dismiss (doc. # 30) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that all claims and counterclaims against defendant/counter-defendant Patricia Leon are dismissed without prejudice.

DATED April 11, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**