DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
STEVE SHEVORSKI, ESQ.
Nevada Bar No. 8256
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:    (702) 380-8572
Email: darren.brenner@akerman.com
Email: steven.shevorski@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FERRELL STREET TRUST, a Nevada Trust, and ALESSI & KONIG, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a government sponsored entity; PATRICIA LEON, an individual; DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants, et al. | Case No.:   2:12-cv-2028-RFB-VCF<br><br>**STIPULATION FOR EXTENSION OF TIME FOR BANK OF AMERICA, N.A. TO RESPOND TO PLAINTIFFS' OPPOSITION TO BANK OF AMERICA, N.A.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

The parties respectfully submit the following Stipulation to allow Defendant, Bank of America, N.A. (**BANA**), an additional fourteen (14) days to file its Response to Plaintiff's, Ferrell Street Trust (**FST**), Opposition to Bank of America, N.A.'s Motion for Summary Judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

{36747903;1}                                              1

The parties hereby stipulate and agree that BANA shall have an additional fourteen (**14**) days until January 7, 2016 to file its Reply to FST's Opposition to BANA's Motion for Summary Judgment.  This is the first requested extension.

DATED this 8th day of December, 2015.

LAW OFFICES OF MICHAEL F. BOHN, ESQ.

/s/ *Michael F. Bohn, Esq.*

MICHAEL F. BOHN, ESQ. (SBN 1614)
JEFF ARLITZ, ESQ. (SBN 6558)
376 E. Warm Springs Rd., Suite 140
Henderson, Nevada 89119

*Attorneys for Ferrell Street Trust*

DATED this 8th day of December, 2015.

AKERMAN LLP

/s/ *Darren T. Brenner, Esq.*

DARREN T. BRENNER, ESQ. (SBN 8386)
STEVE SHEVORSKI, ESQ. (SBN 8256)
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America, N.A.*

**ORDER**

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
**DATED:** December 10, 2015.

{36747903;1}