UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FERRELL STREET TRUST,<br><br>                    Plaintiff,<br>    v.<br><br>BANK OF AMERICA, *et al.*,<br><br>                   Defendants. | Case No. 2:12-cv-02028-FRB-GWF<br><br>**ORDER** |

This matter is before the Court on Steven Loizzi, Jr. Esq.'s Motion to Withdraw as Counsel for Plaintiff Alessi & Koenig, LLC ("A&K") (ECF No. 96) and Steven Loizzi, Jr. Esq.'s Amended Motion to Withdraw as Counsel (ECF No. 97), filed on June 20, 2018. To date, no party has filed a response to these motions and the time for opposition has now expired. Counsel represents that A&K dissolved in April 2016 and no longer has funds to pay for representation. The Court finds that the movant has substantially established good cause for withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Steven Loizzi, Jr. Esq.'s Amended Motion to Withdraw as Counsel for Plaintiff Alessi & Koenig, LLC (ECF No. 97) is **granted**.

**IT IS FURTHER ORDERED** that Steven Loizzi, Jr. Esq.'s Motion to Withdraw as Counsel for Plaintiff Alessi & Koenig, LLC (ECF No. 96) is **denied** as moot.

**IT IS FURTHER ORDERED** that Alessi & Koenig, LLC must retain new counsel if it intends to litigate this matter. A corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Alessi & Koenig, LLC shall have until **August 15, 2018**, to advise the Court if it will retain new local counsel.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. Add the last known addresses of Alessi & Koenig LLC to the civil docket:

**Alessi & Koenig LLC**
**9500 W. Flamingo Road, Suite 205**
**Las Vegas, NV 89147**

**Alessi & Koenig LLC – Debtor**
**c/o Jeanette McPherson, Esq. and/or Trustee Shelly Krohn, Esq.**
**Schwartzer McPherson**
**2850 S. Jones Boulevard, Suite 1**
**Las Vegas, NV 89146-5308**

2. Serve Alessi & Koenig, LLC with a copy of this order at its last known addresses listed above.

Dated this 17th day of July, 2018.

                                                                     _____
                                                                     GEORGE FOLEY, JR.
                                                                     UNITED STATES MAGISTRATE JUDGE